**Dismissed; Opinion Filed June 25, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00238-CV

**DAVID CYS, Appellant**
**V.**
**LISA BUYS HOUSES AND LISA RICHARDSON, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00513-B**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Stoddart

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated March 7, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 7, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated May 18, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We

cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Craig Stoddart/
CRAIG STODDART
JUSTICE


180238F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID CYS, Appellant

No. 05-18-00238-CV          V.

LISA BUYS HOUSES AND LISA
RICHARDSON, Appellees

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-00513-B.
Opinion delivered by Justice Stoddart.
Justices Lang and Myers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees LISA BUYS HOUSES AND LISA RICHARDSON recover their costs of this appeal from appellant DAVID CYS.

Judgment entered this 25th day of June, 2018.